```
HEATHER E. WILLIAMS, #122664
Federal Defender
ANGELES ZARAGOZA, #270198
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID HAROLD LATT, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-13-0056-TLN |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| ) | |
| v. ) | |
| ) | |
| DAVID HAROLD LATT, JR., ) | |
| ) | DATE:  June 20, 2013 |
| Defendant. ) | TIME:  9:30 a.m. |
| ) | JUDGE: Hon. Troy L. Nunley |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JARED DOLAN, Assistant United States Attorney, attorney for Plaintiff, and ANGELES ZARAGOZA Assistant Federal Defender attorney for Defendant, DAVID HAROLD LATT, JR., that the status conference set for Thursday, June 6, 2013 be continued to Thursday, June 20, 2013 at 9:30 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine

1

possible defenses and to continue further investigating the facts of the case.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 20, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

AGREED:

DATED: June 3, 2013                HEATHER E. WILLIAMS
                                   Federal Defender

                                   /s/ Angeles Zaragoza
                                   ANGELES ZARAGOZA
                                   Assistant Federal Defender
                                   Attorney for Defendant


DATED: June 3, 2013                BENJAMIN WAGNER
                                   United States Attorney

                                   /s/ Angeles Zaragoza for
                                   JARED DOLAN
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff


**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny

2

counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including June 20, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the June 6, 2013 status conference shall be continued until June 20, 2013, at 9:30 a.m.

DATED: June 4, 2013

Troy L. Nunley
United States District Judge

3