BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CR-00056-TLN |
|---|---|
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| DAVID LATT, | |
| Defendant. | |

Based upon the entry of plea and the stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant David Latt, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c), plaintiff hereby applies for entry of a Preliminary Order of Forfeiture as to the following property:

    a) HP Laptop, serial number CNF017602F; and

    b) HP Laptop, serial number CND227057V.

2. The above-listed property constitutes counterfeits of any coins or obligations or other securities of the United States or of any foreign government; any articles, devices, and other things made, possessed, or used in such violation; and any

material or apparatus used or fitted, or intended to be used, in the making of such counterfeits, articles, devices or things, found in the possession of the defendant without proper authority in violation of 18 U.S.C. §§ 471 and 472.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U. S. Secret Service, in its secure custody and control.

4. a. Pursuant to 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), in which all interests will be addressed.

SO ORDERED this 4th day of December, 2013.

Troy L. Nunley
United States District Judge

Preliminary Order of Forfeiture