BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>DAVID LATT,<br><br>             Defendant. | 2:13-CR-00056-TLN<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on December 4, 2013, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant David Latt in the following property:

      a)    HP Laptop, serial number CNF017602F; and

      b)    HP Laptop, serial number CND227057V.

AND WHEREAS, beginning on December 6, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to be disposed of according to law, including all right, title, and interest of David Latt.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Secret Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 5th day of February, 2014.

_____
Troy L. Nunley
United States District Judge