# UNITED STATES DISTRICT COURT
## Eastern District of California

## Superseding Petition For Warrant or Summons For Offender Under Supervision

| | | | |
|---|---|---|---|
| **Name of Offender:** | David Harold Latt, Jr. | **Docket Number:** | 0972 2:13CR00056-01 |

**Name of Judicial Officer**:  United States District Judge Troy L. Nunley

**Date of Original Sentence:**  12/5/2013

**Original Offense:** 18 U.S.C. § 471 and 18 U.S.C § 492 - Manufacture of Counterfeit Obligations of the United States  (Class C Felony)

**Original Sentence:** 30 months custody of the Bureau of Prisons; 36 months Term of Supervised Release; No Firearms; DNA; $100 Special Assessment

**Special Conditions:**

1. Warrantless Search
2. Financial Disclosure
3. No New Credit/Debt
4. Drug/Alcohol Treatment
5. Drug/Alcohol Testing
6. No Alcohol
7. Aftercare Co-payment
8. Cognitive Behavioral Treatment

**Type of Supervision:**    TSR

**Date Supervision Commenced:**    03/27/2015

**Date Supervision Recommenced:**    11/24/2017

**Other Court Actions:**

**11/16/2016:**    Prob 12C Petition for Warrant filed alleging 1) Failure to Notify a Change in Residence, 2) Unlawful use of a Controlled Substance, 3) Failure to Follow Probation Officer Instructions

RE: **David Harold Latt, Jr.**                                    Docket Number: 0972 2:13CR00056-01

**03/23/2017:**     Disposition: Charges 1-3 admitted. Supervised Release revoked; 12 months and 1-day custody Bureau of Prisons; 24 months Supervised Release. Special Conditions: 1) Warrantless Search, 2) No Dissipation of Assets, 3) Financial Disclosure, 4) Drug/Alcohol Treatment, 5) No New Credit/Debit, 6) Drug/Alcohol Testing, 7) No Alcohol, 8) Aftercare Co-payment, 9) Cognitive Behavioral Treatment

**05/29/2019**      Prob 12C Petition for Warrant filed with the court alleging 1) Unlawful Use of a Controlled Substance, 2) New Law Violation, and 3) Unauthorized/Excessive Use of Alcohol. The Court issued a warrant on May 30, 2019.

**10/10/2019:**     Initial appearance hearing. Latt was ordered detained pending Admit/Deny Hearing scheduled for October 17, 2019.

---

## PETITIONING THE COURT

☒  **OTHER: Superseding Petition to add charges 4 and 5**

The probation officer alleges the offender has violated the following conditions(s) of supervision:

**Charge Number**         **Nature of Violation**

**Charge 1:**     **UNLAWFUL USE OF A CONTROLLED SUBSTANCE**

On May 7, 2019, the offender reported to the United States Probation Office and submitted a urinalysis test, which returned presumptive positive for methamphetamine. The offender admitted he used methamphetamine on April 30, 2019. This conduct is in violation of the mandatory condition in the revocation judgment, dated March 23, 2017, which states, *"You must refrain from any unlawful use of controlled substance."*

**Charge 2:**     **NEW LAW VIOLATION**

On May 17, 2019, the offender was arrested by officers of the Vallejo, California, Police Department for driving under the influence of alcohol This conduct is in violation of the mandatory condition in the revocation judgment, which states, *"You must not commit another federal, state or local crime."/*

**Charge 3:**     **UNAUTHORIZED/EXCESSIVE USE OF ALCOHOL**

On May 17, 2019, the offender was arrested by officers of the Vallejo, California, Police Department for driving under the influence of alcohol. This conduct is in violation of Special Condition number 7 in the revocation judgment, which states, *"The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale."*

**Charge 4:      NEW LAW VIOLATION**

On October 7, 2019, the offender had contact with officers of the State of California-Department of Fish and Wildlife. Officers conducted a warrant check and confirmed the offender's outstanding supervised release warrant. The offender was detained, and officers conducted a search of his person. Officers found a total of five clear plastic bags containing a substance that appeared to be methamphetamine. The offender confirmed the substance was methamphetamine. This conduct is in violation of the mandatory condition in the revocation judgment, which states, *"You must not commit another federal, state or local crime."*

**Charge 5:      POSSESSION OF A CONTROLLED SUBSTANCE**

On October 7, 2019, the offender had contact with officers of the State of California-Department of Fish and Wildlife. Officers conducted a warrant check and confirmed the offender's outstanding supervised release warrant. The offender was detained, and officers conducted a search of his person. Officers found a total of five clear plastic bags containing a substance that appeared to be methamphetamine. The offender confirmed the substance was methamphetamine. This conduct is in violation of the mandatory condition in the revocation judgment, which states, *"You must not unlawfully possess a controlled substance."*

**Justification:** The offender commenced supervised release on March 27, 2015. On March 23, 2017, his supervised released was revoked for failing to notify a change of address, failure to follow the instructions of the probation officer, and unlawful use of controlled substances. Subsequently, for this violation, he was sentenced to 12 months and 1-day custody of the Bureau of Prisons, followed by 24 months of supervised release. Supervision recommenced on November 24, 2017.

As to Charge 1: On May 7, 2019, the offender reported to the probation office as directed. A random drug test sample was collected, which returned presumptive positive for methamphetamine. The offender signed the admit/denial form admitting he used methamphetamine on April 30, 2019. The offender reported he only used one time.

As to Charges 2 and 3: On May 17, 2019, officers from the Vallejo, California, Police Department responded to a non-injury collision at U-Haul. The witness reported he heard the collision, looked, and later identified the offender sitting in the driver's seat with the airbag deployed. The responding officer approached the offender, who was sitting in the passenger seat of his girlfriend's pickup truck. The officer smelled alcohol from his breath and recognized symptoms of alcohol intoxication. The officer noticed a red mark on the offender's forehead, which was consistent with being struck by an airbag. The offender remained quiet, when the officer attempted to ask him investigative questions. The officer determined the offender was under the influence of alcohol, to such extent he could not safely operate a vehicle. The offender was subsequently arrested and booked into the Solano County jail on charges of driving while under the influence of alcohol. He was released under the responsibility of his girlfriend on May 18, 2019.

As to Charges 4 and 5: On October 7, 2019, officers from the State of California-Department of Fish and Wildlife contacted the offender at the Napa River shore, as he was in violation of a fishing regulation. The officers questioned the offender, and a warrants check was requested. Officers detained the offender in handcuffs and conducted a search of his person. A black leather zippered pouch was retrieved from the

offender's right pants pocket. The pouch contained four small clear plastic bags containing a white substance. The officer recognized it as methamphetamine and mirandized the offender of his rights. Furthermore, the officer questioned the offender as to the content of the bags, and he replied, "meth." The officer cited the offender for violations of CCR 11377(a) – Using more than one in line the San Francisco Bay Waters and H&S 11377(a) – Possession of methamphetamines. Officers confirmed there was a supervised release warrant, prompting a full custodial search of the offender. Another clear plastic bag with white crystalline powder was found. Subsequently, the officers transported the offender to Solano County Jail.

**Detention:** The offender's substance abuse history includes daily use of alcohol and marijuana from 2011 to January 2013, and daily use of methamphetamine from 2003 to January 2013. Additionally, the offender's Supervised Release was revoked for new use of methamphetamine for which he was sentenced to a term of imprisonment. It is believed the offender's recent methamphetamine use, driving under the influence of alcohol, and possession of methamphetamine, makes him a danger to the community. The offender has been in custody since his arrest on October 7, 2019. As such, it is respectfully recommended the offender remain in custody throughout his violation proceedings.

I declare under penalty of perjury that the following is true and correct.

**EXECUTED ON:**     **October 16, 2019**
                     **Sacramento, California**

Respectfully submitted,

**Miriam E. Olea**
**United States Probation Officer**
Telephone: (916)930-4353

**DATED:**     10/16/2019

Reviewed by,

**Ronnie Preap**
**Supervising United States Probation Officer**

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The issuance of a warrant.

☐ The issuance of a summons.

☒ Other: Superseding Petition to add charges 4 and 5

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

☒ Defendant is ordered detained, to be brought before District Judge forthwith.

☐ Initial appearance and detention hearing before Magistrate Judge.

**DATED: October 17, 2019**

_____
Troy L. Nunley
United States District Judge

CC:

United States Probation

Assistant United States Attorney: Jared Dolan

United States Marshal Service

RE: **David Harold Latt, Jr.**     Docket Number: 0972 2:13CR00056-01

# STATEMENT OF EVIDENCE OF ALLEGED
# SUPERVISED RELEASE VIOLATIONS

Honorable Troy L. Nunley
United States District Judge
Sacramento, California

                                  RE:    Latt Jr., David Harold
                                              **Docket Number:** 0972 2:13CR00056

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:**     **UNLAWFUL USE OF A CONTROLLED SUBSTANCE**
      a. **Evidence:**

           i. Admission/Denial Report of Positive Urinalysis test signed May 7, 2019

      b. **Witnesses:**

           i. United States Probation Officer Miriam E. Olea will testify to the offender's admission that he used methamphetamine.

**Charge 2:**     **NEW LAW VIOLATION**
      a. **Evidence:**

           i. Vallejo Police Department Arrest Report #19-5603

      b. **Witnesses:**

           i. Vallejo Police Department officers will testify as to the contents of their criminal report.

RE: **David Harold Latt, Jr.**                Docket Number: 0972 2:13CR00056-01

**Charge 3:**    **UNAUTHORIZED/EXCESSIVE USE OF ALCOHOL**
  a. **Evidence:**

    i. Vallejo Police Department Arrest Report #19-5603

  b. **Witnesses:**

    i. Vallejo Police Department officers will testify as to the contents of their criminal report.

**Charge 4:**    **NEW LAW VIOLATION**
  a. **Evidence:**

    i. State of California-Department of Fish and Wildlife Arrest Report #AD20012842

  b. **Witnesses:**

    i. State of California-Department of Fish and Wildlife officers will testify as to the contents of their criminal report.

**Charge 5:**    **POSSESSION OF A CONTROLLED SUBSTANCE**
  a. **Evidence:**

    i. State of California-Department of Fish and Wildlife Arrest Report #AD20012842

  b. **Witnesses:**

    i. State of California-Department of Fish and Wildlife officers will testify as to the contents of their criminal report.

RE: **David Harold Latt, Jr.**  Docket Number: **0972 2:13CR00056-01**

Respectfully submitted,

**Miriam E. Olea**
**United States Probation Officer**
Telephone: (916)930-4353

**DATED:** 10/16/2019
Sacramento, California

Reviewed by,

**Ronnie Preap**
**Supervising United States Probation Officer**

# REVOCATION GUIDE – SUPERVISED RELEASE

| | | | |
|---|---|---|---|
| **Name of Offender:** | David Harold Latt, Jr. | **Docket Number:** | 0972 2:13CR00056 |
| **Date of Original Offense:** | December 2012 to January 22, 2013 | | |

**Original term of supervised release imposed:** 3 **years**

**Highest grade of violation alleged:** C

**Criminal History Category of offender:** IV

**Original guideline range:** 24 **to** 30 **months.**

**Chapter 7 range of imprisonment:** 6 **to** 12 **months.**

**Maximum term on revocation - 18 USC 3583(e)(3):**

☒      **Class C and/or D felony - 2 years**

**Violation requires mandatory revocation:  YES:** ☒   **NO:** ☐

**Original offense committed on or after 04/30/2003**:  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

**MANDATORY REVOCATION ISSUES**

**Original offense committed after 09/13/94:**  Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of:  1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."